IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DALE BARTA, | 8:20CV46 |
|---|---|
| Plaintiff, | |
| vs. | MEMORANDUM AND ORDER |
| TAMI YEOMANS, RODNEY O'NEIL, KURBY ALLOWAY, Depty; SECOND DEPTY, DAUNE BROCKMAN, LINDA HEERMAN, DALE CRANDELL, JACK TODD, GREG TODD, JAMES D. GOTSCHALL, and LARRY DONNER, Sheriff; | |
| Defendants. | |

On January 29, 2020, the court ordered Plaintiff to pay the $400.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. (Filing 4.) To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 5th day of March, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge