IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DALE BARTA, | 8:20CV46 |
| Plaintiff, | |
| vs. | ORDER |
| TAMI YEOMANS, et al., | |
| Defendants. | |

IT IS ORDERED that Plaintiff's post-judgment motion for miscellaneous relief (Filing 9) is denied without prejudice.

Dated this 4th day of October 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge